# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| LINDA Y. GILES, LARRY PEACE and ANTERRIO PITTMAN, ) ) ) | |
| Plaintiffs, ) | |
| v. ) ) | No. 2:16-cv-2619-SHL-tmp |
| FAYETTE JANITORIAL SERVICE, LLC, and RIVIANA FOODS, INC., et al., ) ) ) | |
| Defendants. ) ) | |

## JUDGMENT

**JUDGMENT BY COURT**.  This action having come before the Court on Plaintiffs' Complaint (ECF No. 1), filed on July 28, 2016,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**, that, in accordance with the Order Granting Joint Motion for an Order Approving Settlement of Claims and Attorney's Fees and Expenses (ECF No. 39), all claims by Plaintiffs against Defendants in this matter are **DISMISSED WITH PREJUDICE**.

**APPROVED**:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

January 5, 2017
Date